Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–12210–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rose M Walsh
   aka Rose M Semmens, aka Rose Marie
   Walsh
   719 7th Street
   Union Beach, NJ 07735

Social Security No.:
   xxx–xx–5334

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 15, 2019.

On February 24, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:          April 8, 2020
Time:         10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 26, 2020
JAN: wdr

                                                                 Jeanne Naughton
                                                                 Clerk

```
                             United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 19-12210-MBK
Rose M Walsh                                                            Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2            Date Rcvd: Feb 26, 2020
                               Form ID: 185                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db             +Rose M Walsh,    719 7th Street,    Union Beach, NJ 07735-2565
518165224      +Air Experts,    727C 17th Ave,    Lake Como, NJ 07719-5215
518165225      +Best Buy,    POB 790441,    Saint Louis, MO 63179-0441
518006566      +Capital One NA,    c/o The Bureaus Inc.,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
518160758       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518165227       Costco/Capital One,    POB 5893,    Carol Stream, IL 60197-5893
518165228      +Home Depot,    POB 790328,    Saint Louis, MO 63179-0328
518165229      +Meridian Health,    c/o Keystone Financial Services,    POB 730,    Allenwood, NJ 08720-0730
518165230      #+Navesink Medical Associates,    150 Cherry Tree Farm Road,    Middletown, NJ 07748-1318
518359285      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
518006569      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518165232      +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd. Ste 370,    Northbrook, IL 60062-2757
518020512      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
518006572      +Union Beach Sewer Department,    650 Poole Ave #1,    Union Beach, NJ 07735-3044
518006573      +Union Beach Tax Collector,    650 Poole Ave #3,    Union Beach, NJ 07735-3044
518006574      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2020 00:59:40      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2020 00:59:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518015645      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 27 2020 00:55:24
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518034644       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 27 2020 00:55:38
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
518006565       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 27 2020 00:55:35      Bmw Financial Services,
                 Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
518034209      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 00:53:36
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
518165226      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 00:53:22      Capital One,
                 Attn: Bankruptcy,    POB 30285,    Salt Lake City, UT 84130-0285
518157677       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 27 2020 00:59:56      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518006567       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 27 2020 00:59:56      Jefferson Capital Systems, LLC,
                 Po Box 1999,    Saint Cloud, MN 56302
518006568      +E-mail/Text: bncnotices@becket-lee.com Feb 27 2020 00:58:18      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518179179       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 00:53:33
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
518162815       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 00:54:33
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
518006570      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2020 00:54:27
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518131841       E-mail/Text: bnc-quantum@quantum3group.com Feb 27 2020 00:59:28
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
518165231      +E-mail/Text: bnc-capio@quantum3group.com Feb 27 2020 00:59:33      Riverview Medical Center,
                 c/o CF Medical LLC,    2222 Texoma Parkway Suite 150,    Sherman, TX 75090-2481
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518006571*     +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Feb 26, 2020
                              Form ID: 185               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Paul N. Mirabelli    on behalf of Debtor Rose M Walsh pmirabelli@verizon.net,
           n.pr72254@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 5
```