## United States Bankruptcy Court
### District of New Jersey

In re __Rose M Walsh__                                                                Case No. __19-12210__
                                      Debtor(s)                                        Chapter __13__

# MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On __February 1, 2019__, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

3. The Debtors are eligible to be debtors under Chapter 7 of the Bankruptcy Code.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.


Date __March 17, 2020__                         Signature __/s/ Rose M Walsh__
                                                           Rose M Walsh
                                                           Debtor

Attorney __/s/ Paul N. Mirabelli, Esq.__
         Paul N. Mirabelli, Esq. 029371985

Paul N. Mirabelli, Esq.
3400 Highway 35
Suite 3
Hazlet, NJ 07730
732-264-3880
Fax: 732-264-7084
pmirabelli@verizon.net