UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Walsh, Rose M.

Case No.: 19-12210
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____July 7, 2020_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 719 7th Street<br>Union Beach, NJ<br>FMV - +/-$ 224,000.00 |
|---|---|

| Liens on property: | PNC Bank- $ 146,911.51<br><br>Plus 10% Estimated Costs of Sale |
|---|---|

| Amount of equity claimed as exempt: | $23,675.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-12210-KCF
Rose M Walsh                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 02, 2020
                              Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.
```
db              +Rose M Walsh,    719 7th Street,    Union Beach, NJ 07735-2565
518165224       +Air Experts,    727C 17th Ave,    Lake Como, NJ 07719-5215
518165225       +Best Buy,    POB 790441,    Saint Louis, MO 63179-0441
518006566       +Capital One NA,    c/o The Bureaus Inc.,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
518160758        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518165227        Costco/Capital One,    POB 5893,    Carol Stream, IL 60197-5893
518165228       +Home Depot,    POB 790328,    Saint Louis, MO 63179-0328
518165229       +Meridian Health,    c/o Keystone Financial Services,    POB 730,    Allenwood, NJ 08720-0730
518165230      #+Navesink Medical Associates,    150 Cherry Tree Farm Road,    Middletown, NJ 07748-1318
518359285       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
518006569       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518165232       +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd. Ste 370,    Northbrook, IL 60062-2757
518020512       +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
518006572       +Union Beach Sewer Department,    650 Poole Ave #1,    Union Beach, NJ 07735-3044
518006573       +Union Beach Tax Collector,    650 Poole Ave #3,    Union Beach, NJ 07735-3044
518006574       +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2020 23:35:48      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2020 23:35:44      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518015645      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 02 2020 23:40:44
                  BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
518034644       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 02 2020 23:40:51
                  BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
518006565       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 02 2020 23:40:47      Bmw Financial Services,
                  Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
518034209      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 23:41:27
                  Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk VA 23541-1021
518165226      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2020 23:42:06      Capital One,
                  Attn: Bankruptcy,    POB 30285,    Salt Lake City, UT 84130-0285
518157677       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 02 2020 23:35:59      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
518006567       E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 02 2020 23:36:00      Jefferson Capital Systems, LLC,
                  Po Box 1999,    Saint Cloud, MN 56302
518006568      +E-mail/Text: bncnotices@becket-lee.com Jun 02 2020 23:34:53      Kohls/Capital One,
                  Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518179179       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 23:41:25
                  Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
518162815       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 23:40:45
                  Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
518006570      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 02 2020 23:41:25
                  Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518131841       E-mail/Text: bnc-quantum@quantum3group.com Jun 02 2020 23:35:38
                  Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                  Kirkland, WA  98083-0788
518165231      +E-mail/Text: bnc-capio@quantum3group.com Jun 02 2020 23:35:42      Riverview Medical Center,
                  c/o CF Medical LLC,    2222 Texoma Parkway Suite 150,    Sherman, TX 75090-2481
                                                                                              TOTAL: 15
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518006571*      +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 02, 2020
                              Form ID: pdf905          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Paul N. Mirabelli    on behalf of Debtor Rose M Walsh pmirabelli@verizon.net,
               n.pr72254@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```