**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rose M Walsh<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5334<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–12210–KCF | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rose M Walsh
aka Rose M Semmens, aka Rose Marie Walsh

7/10/20                                                                **By the court:** Kathryn C. Ferguson
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 19-12210-KCF
Rose M Walsh                                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                 Page 1 of 2                 Date Rcvd: Jul 10, 2020
                                Form ID: 318                Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.
```
db              +Rose M Walsh,    719 7th Street,    Union Beach, NJ 07735-2565
518165224       +Air Experts,    727C 17th Ave,    Lake Como, NJ 07719-5215
518165225       +Best Buy,    POB 790441,    Saint Louis, MO 63179-0441
518006566       +Capital One NA,    c/o The Bureaus Inc.,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
518165227        Costco/Capital One,    POB 5893,    Carol Stream, IL 60197-5893
518165228       +Home Depot,    POB 790328,    Saint Louis, MO 63179-0328
518165229       +Meridian Health,    c/o Keystone Financial Services,    POB 730,    Allenwood, NJ 08720-0730
518165230      #+Navesink Medical Associates,    150 Cherry Tree Farm Road,    Middletown, NJ 07748-1318
518359285       +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
518006569       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518165232       +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd. Ste 370,    Northbrook, IL 60062-2757
518020512       +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
518006572       +Union Beach Sewer Department,    650 Poole Ave #1,    Union Beach, NJ 07735-3044
518006573       +Union Beach Tax Collector,    650 Poole Ave #3,    Union Beach, NJ 07735-3044
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2020 01:15:44      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2020 01:15:35      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518015645       +EDI: AISACG.COM Jul 11 2020 04:08:00      BMW Bank of North America,
                  AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518034644        EDI: BMW.COM Jul 11 2020 04:08:00      BMW Financial Services NA, LLC,    P.O. Box 3608,
                  Dublin, OH  43016
518006565        EDI: BMW.COM Jul 11 2020 04:08:00      Bmw Financial Services,    Attn: Bankruptcy Department,
                  Po Box 3608,    Dublin, OH 43016
518034209       +EDI: PRA.COM Jul 11 2020 04:08:00      Bureaus Investment Group Portfolio No 15 LLC,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
518165226       +EDI: CAPITALONE.COM Jul 11 2020 04:08:00      Capital One,    Attn: Bankruptcy,    POB 30285,
                  Salt Lake City, UT 84130-0285
518160758        EDI: BL-BECKET.COM Jul 11 2020 04:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
518157677        EDI: JEFFERSONCAP.COM Jul 11 2020 04:08:00      Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
518006567        EDI: JEFFERSONCAP.COM Jul 11 2020 04:08:00      Jefferson Capital Systems, LLC,    Po Box 1999,
                  Saint Cloud, MN 56302
518006568       +E-mail/Text: bncnotices@becket-lee.com Jul 11 2020 01:06:22      Kohls/Capital One,
                  Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518179179        EDI: PRA.COM Jul 11 2020 04:08:00      Portfolio Recovery Associates, LLC,    c/o Best Buy,
                  POB 41067,    Norfolk VA 23541
518162815        EDI: PRA.COM Jul 11 2020 04:08:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                  POB 41067,    Norfolk VA 23541
518006570       +EDI: PRA.COM Jul 11 2020 04:08:00      Portfolio Recovery,    Po Box 41021,
                  Norfolk, VA 23541-1021
518131841        EDI: Q3G.COM Jul 11 2020 04:08:00      Quantum3 Group LLC as agent for,
                  JH Portfolio Debt Equities LLC,    PO Box 788,    Kirkland, WA 98083-0788
518165231       +EDI: CAPIO.COM Jul 11 2020 04:08:00      Riverview Medical Center,    c/o CF Medical LLC,
                  2222 Texoma Parkway Suite 150,    Sherman, TX 75090-2481
518006574       +EDI: WFFC.COM Jul 11 2020 04:08:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                  Po Box 19657,    Irvine, CA 92623-9657
                                                                                                TOTAL: 17
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518006571*      +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0312-3          User: admin               Page 2 of 2               Date Rcvd: Jul 10, 2020
                              Form ID: 318              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Paul N. Mirabelli    on behalf of Debtor Rose M Walsh pmirabelli@verizon.net,
               n.pr72254@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```